UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**JOSE POOT, ET AL.,**

    Plaintiffs,

v.

**SAN FRANCISCO COUNTY SHERIFF'S DEPARTMENT, ET AL.,**

    Defendants.

Case No. 19-cv-02722-YGR

**CASE MANAGEMENT AND PRETRIAL**

**TO ALL PARTIES AND COUNSEL OF RECORD:**

The Court hereby sets the following trial and pretrial dates:

## PRETRIAL SCHEDULE

| | |
|---|---|
| CASE MANAGEMENT CONFERENCE: | Monday, May 4, 2020 at 2:00 p.m. |
| REFERRED TO MAGISTRATE JUDGE KIM FOR DISCOVERY. REFERRED TO MAGISTRATE JUDGE BEELER FOR SETTLEMENT CONFERENCE | |
| LAST DAY TO JOIN PARTIES OR AMEND PLEADINGS: | October 29, 2019 |
| LIMITED MOTION FOR SUMMARY JUDGMENT[1] RE: ADMINISTRATIVE EXHAUSTION FILED BY: | January 21, 2020 |
| NON-EXPERT DISCOVERY CUTOFF: | January 4, 2021 |
| DISCLOSURE OF EXPERT REPORTS: ALL EXPERTS, RETAINED AND NON-RETAINED MUST PROVIDE WRITTEN REPORTS COMPLIANT WITH FRCP 26(A)(2)(B): | Opening: February 4, 2021<br>Rebuttal: March 4, 2021 |
| EXPERT DISCOVERY CUTOFF: | April 1, 2021 |
| CLASS CERTIFICATION MOTION / DAUBERT MOTIONS TO BE HEARD BY: | August 3, 2021 |
| DISPOSITIVE MOTIONS FILED BY: | 30 days after Order on Class Certification |

---

[1] *See* Standing Order regarding Pre-filing Conference Requirements for motions for summary judgment.

| | |
|---|---|
| COMPLIANCE HEARING (*See* BELOW): | Friday, January 7, 2022 at 9:01 a.m. |
| JOINT PRETRIAL CONFERENCE STATEMENT: | December 20, 2021 |
| PRETRIAL CONFERENCE: | Friday, January 14, 2022 at 9:00 a.m. |
| TRIAL DATE AND LENGTH: | Monday, February 7, 2022 at 8:30 a.m. for Two weeks (Jury Trial) |

Pursuant to the Court's Pretrial Instructions in Civil Cases at Section 2, trial counsel shall meet and confer in advance of the Pretrial Conference. The compliance hearing on Friday, January 7, 2022 at 9:01 a.m. is intended to confirm that counsel have reviewed the Court's Pretrial Setting Instructions and are in compliance therewith. The compliance hearing shall be held in the Federal Courthouse, 1301 Clay Street, Oakland, California, in Courtroom 1. Five (5) business days prior to the date of the compliance hearing, the parties shall file a one-page JOINT STATEMENT confirming they have complied with this requirement or explaining their failure to comply. If compliance is complete, the parties need not appear and the compliance hearing will be taken off calendar. Telephonic appearances will be allowed if the parties have submitted a joint statement in a timely fashion. Failure to do so may result in sanctions.

The parties must comply with both the Court's Standing Order in Civil Cases and Standing Order for Pretrial Instructions in Civil Cases for additional deadlines and procedures. All Standing Orders are available on the Court's website at http://www.cand.uscourts.gov/ygrorders.

**IT IS SO ORDERED.**

Dated: 10/23/2019

_____
YVONNE GONZALEZ ROGERS
United States District Judge