UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JOSE POOT, ET AL.**, Plaintiffs, v. **SAN FRANCISCO COUNTY SHERRIFF'S DEPARTMENT, ET AL.**, Defendants. | Case No. 19-cv-02722-YGR **ORDER DENYING MOTION TO RELATE CASE** Re: Dkt. No. 17 |

On October 3, 2019, plaintiffs filed an administrative motion to determine whether the Court should relate this case to another, *Norbert v. San Francisco Sheriff's Department*, 4:19-cv-02724, pursuant to Civil Local Rule 7-11. (Dkt. No. 17.) Plaintiffs state that the cases are related, (*id.* at 2-3) but oppose assigning this matter to Magistrate Judge Sallie Kim. (*Id.* at 3-4.) Plaintiffs acknowledge that the *Norbert* case has progressed significantly, but suggest that Magistrate Judge Kim be appointed pursuant to Fed. R. Civ. P. 72 for non-dispositive matters in both this matter and in the *Norbert* matter. (*Id.* at 4.) Defendants' response filed on October 4, 2019 state that they would consent to Magistrate Judge Kim's jurisdiction for all purposes. (Dkt. No. 18 at 2.)

The Court held an initial Case Management Conference on October 7, 2019. (Dkt. No. 20.) The Court ordered the parties to file a notice on the docket or by email should the parties agree to consent to Magistrate Judge Kim for all purposes. The Court also set another Case Management Conference to allow time for the parties to consider whether they wished to proceed in front of Magistrate Judge Kim. No such notice of consent was received from the parties, and the subsequently filed Case Management Conference Statement indicates that plaintiffs do not consent to Magistrate Judge Kim. (Dkt. 21 at 2.)

On October 21, 2019, the parties attended another Case Management Conference with the

Court. (Dkt. No. 22.) After discussion with the parties, the Court set pretrial deadlines, and referred all discovery matters to Magistrate Judge Kim. (*Id.*)

Upon consideration of the administrative motion to relate, the Court declines to relate this case to *Norbert*. Plaintiffs do not consent to proceed before Magistrate Judge Kim in this matter. The *Norbert* case is further along than this matter, and any action to relate this case to the *Norbert* matter would result in judicial inefficiencies.

Accordingly, the Motion to Relate Case is **DENIED**.

This Order terminates the motion at Docket Number 17.

**IT IS SO ORDERED.**

Dated: October 28, 2019

_____
YVONNE GONZALEZ ROGERS
United States District Judge