UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JOSE POOT, ET AL.,**<br><br>   Plaintiffs,<br><br>   v.<br><br>**SAN FRANCISCO COUNTY SHERIFF'S DEPARTMENT, ET AL.,**<br><br>   Defendants. | Case No. 4:19-cv-02722-YGR<br><br>**ORDER GRANTING ADMINISTRATIVE MOTION TO FILE UNDER SEAL AND DENYING ADMINISTRATIVE MOTION RE REFERRAL**<br><br>Re: Dkt. Nos. 61, 64 |

Plaintiffs have filed two administrative motions requesting permission to file under seal an administrative motion requesting a referral back to Magistrate Judge Laurel Beeler or, in the alternative, for the Court to set a case schedule. (Dkt. Nos. 61, 64.) Based on inadequacies in the first administrative motion, the Court directed the parties to submit further documents in support of the administrative motion. (Dkt. No. 63.)

Having reviewed the parties initial and supplemental briefing, the Court **ORDERS** as follows: the administrative motion requesting permission to file under seal is **GRANTED**, and the administrative motion requesting a referral back to Magistrate Judge Beeler is **DENIED**. The parties are reminded to comply with the Court's prior Orders in attempting to meet and confer to resolve any issues. (Dkt. Nos. 60, 63.) Should the parties be unable to resolve these issues satisfactorily by April 16, 2021, the parties shall file by April 23, 2021 a report identifying any remaining violations and defendants' response thereto. Following the receipt of the report, the Court will consider whether either a referral to Judge Beeler or a case schedule is warranted.

This Order terminates Docket Numbers 61 and 64.

**IT IS SO ORDERED.**

Dated: April 12, 2021

YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT JUDGE