DAVID CHIU, State Bar #189542
City Attorney
MEREDITH B. OSBORN, State Bar #250467
Chief Trial Attorney
RENEÉ E. ROSENBLIT, State Bar #304983
KAITLYN MURPHY, State Bar #293309
Deputy City Attorneys
Fox Plaza
1390 Market Street, 6th Floor
San Francisco, California 94102-5408
Telephone:    (415) 554-3853 [Rosenblit]
Telephone:    (415) 554-3867 [Murphy]
Facsimile:    (415) 554-3837
E-Mail:       renee.rosenblit@sfcityatty.org
E-Mail:       kaitlyn.murphy@sfcityatty.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO
VICKI HENNESSY, PAUL MIYAMOTO, JASON JACKSON,
AND KEVIN MCCONNELL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE POOT, KISHAWN NORBERT, KENYON NORBERT, MARSHALL HIGGINBOTHAM, ANTOINE DEWHITT, CORY BUTLER, MONTRAIL BRACKENS, DELON BARKER, and JAVONN ALLEN, on behalf of themselves individually and others similarly situated, as a class and subclass,<br><br>Plaintiffs,<br><br>vs.<br><br>SAN FRANCISCO COUNTY SHERIFF'S DEPARTMENT, CITY AND COUNTY OF SAN FRANCISCO, SAN FRANCISCO SHERIFF VICKI HENNESSY; CHIEF DEPUTY SHERIFF PAUL MIYAMOTO; CAPTAIN JASON JACKSON, CAPTAIN MCCONNELL AND JOHN AND JANE DOES, NOS. 1 -50,<br><br>Defendants. | Case No. 19-cv-02722 YGR (SK)<br><br>**STIPULATION AND [PROPOSED] ORDER ** AS MODIFIED BY THE COURT**<br><br>Trial Date:      Not Set |

WHEREAS, the Court issued the following order when it granted Defendants' motion to enforce the settlement agreement and denied Plaintiffs' motion to rescind the settlement agreement:

> 1. Plaintiffs' counsel is directed to take all reasonable steps to ensure that the agreement is approved by the Court and becomes effective as to the class.
>
>   a. **By no later than December 9, 2022**, plaintiffs' counsel shall provide a joint draft of the papers for joint approval and certification of a settlement class to defendants' counsel. Plaintiffs' **shall also file** a Certification of Compliance with the Court.
>
>   b. Defendants' counsel shall meet and confer with plaintiffs' counsel and provide any revisions to the papers by **December 16, 2022**.
>
>   c. Plaintiffs' counsel shall then file the preliminary approval and certification of a settlement class papers **by no later than December 30, 2022** with a hearing set on the Court's calendar at the earliest convenience on a 35-day notice calendar.
>
>   d. Plaintiffs are **hereby warned** that failure to timely file the motion for preliminary approval and certification of a settlement class papers by December 30, 2022 will result in a striking of the class claims and judgment shall be entered as to the individual defendants in accordance with the terms of the settlement agreement.
>
>   e. The Court will set forth additional steps once the preliminary approval and certification of a settlement class becomes ripe for resolution.
>
> 2. Counsel shall be mindful of their Rule 11 obligations on a going forward basis. Frivolous gamesmanship will not be tolerated.
>
> 3. Given the age of this case, further extensions will not be granted absent extraordinary circumstances. To the extent necessary, counsel may consider associating with additional counsel to judiciously and efficiently resolve this case.

WHEREAS, Plaintiffs was unable to provide defense counsel the joint draft or file a Certification of Compliance, due to staff illness.

WHEREAS, Plaintiffs have indicated that they can provide defense counsel the joint draft of the papers for joint approval and certification of a settlement class by Sunday December 18, 2022;

WHEREAS, if defense counsel receives the joint draft of the papers for joint approval and certification of a settlement class on December 18, 2022, they will be able to provide comments to Plaintiffs' counsel on Friday December 23, 2022;

NOW THEREFORE THE PARTIES STIPULATE AS FOLLOWS:

1. Plaintiffs' counsel will provide defense counsel with the joint draft of the papers for joint approval and certification of a settlement class by December 18, 2022;

2. Defense counsel will provide comments to Plaintiffs' counsel on December 23, 2022;

3. Plaintiffs' counsel will file the joint the papers for joint approval and certification of a settlement class by no later than December 30, 2022, consistent with the Court's original order.

Counsel is reminded that extensions should be sought with the Court prior to deadlines expiring.

Dated:  December 14, 2022

        DAVID CHIU
        City Attorney
        MEREDITH B. OSBORN
        Chief Trial Deputy
        KAITLYN MURPHY
        Deputy City Attorneys

By: */s/ Kaitlyn Murphy*
    KAITLYN MURPHY

Attorneys for Defendants

Dated:  December 14, 2022

By: **/s/ Yolanda Huang*
    YOLANDA HUANG
    Attorneys for Plaintiffs

*Pursuant to Civil L.R. 5-1(h)(3), regarding signatories, each signatory has concurred in the filing of this document.*

[~~PROPOSED~~] ORDER

IT IS SO ORDERED.

DATED: December 15, 2022

HON. YVONNE GONZALEZ ROGERS

United States District Court Judge