DAVID CHIU, State Bar #189542
City Attorney
MEREDITH B. OSBORN, State Bar #250467
Chief Trial Attorney
RENEÉ E. ROSENBLIT, State Bar #304983
KAITLYN MURPHY, State Bar #293309
Deputy City Attorneys
Fox Plaza
1390 Market Street, 6th Floor
San Francisco, California 94102-5408
Telephone:  (415) 554-3853 [Rosenblit]
Telephone:  (415) 554-3867 [Murphy]
Facsimile:  (415) 554-3837
E-Mail:   renee.rosenblit@sfcityatty.org
E-Mail:   kaitlyn.murphy@sfcityatty.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO
VICKI HENNESSY, PAUL MIYAMOTO, JASON JACKSON,
AND KEVIN MCCONNELL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE POOT, KISHAWN NORBERT, KENYON NORBERT, MARSHALL HIGGINBOTHAM, ANTOINE DEWHITT, CORY BUTLER, MONTRAIL BRACKENS, DELON BARKER, and JAVONN ALLEN, on behalf of themselves individually and others similarly situated, as a class and subclass,<br><br>Plaintiffs,<br><br>vs.<br><br>SAN FRANCISCO COUNTY SHERIFF'S DEPARTMENT, CITY AND COUNTY OF SAN FRANCISCO, SAN FRANCISCO SHERIFF VICKI HENNESSY; CHIEF DEPUTY SHERIFF PAUL MIYAMOTO; CAPTAIN JASON JACKSON, CAPTAIN MCCONNELL AND JOHN AND JANE DOES, NOS. 1 -50,<br><br>Defendants. | Case No. 19-cv-02722 YGR (SK)<br><br>**[~~PROPOSED~~] JUDGMENT**<br><br>Trial Date:         Not Set |

In accordance with this Court's Order of January 25, 2023, (Dkt. 98) denying Motion for Reconsideration, Striking Class Claims, Authorizing Judgment, and finding that the Court's underlying Order (Dkt. 90) is the only available recourse, Judgment is entered pursuant to the settlement agreement on September 18, 2020 ("Settlement Agreement"), except for the portions rendered moot by this Court's Order striking the class claims (Dkt. 98), between Plaintiffs Jose Poot, Kishwan Norbert, Kenyon Norbert, Marshall Higginbotham, Antoine DeWhitt, Cory Butler, Montrail Brackens, Delon Barker, and Javonn Allen and Defendants City and County of San Francisco, former San Francisco Sheriff Vicki Hennessy, former chief deputy and now Sheriff Paul Miyamoto, Captain Jason Jackson, and Captain McConnell.

The Clerk of Court shall close the file in this matter. Pursuant to the terms of the Settlement Agreement, the parties shall file a dismissal of this case with prejudice once the settlement payment is completed.

**IT IS SO ORDERED.**

Dated: February 1, 2023

HONORABLE YVONNE GONZALEZ ROGERS
United States District Court Judge

Approved as to form:

Dated: 02-01-23

\*\* /s/ Yolanda Huang
YOLANDA HUANG
*Attorney for Plaintiffs*

*\*\*Pursuant to Civil L.R. 5-1(i)(3), the electronic signatory has obtained approval from this signatory.*

Dated: 02-01/23

/s/ Renee E. Rosenblit
RENEE E. ROSENBLIT
*Attorney for Defendants*